# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY CALHOUN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JAMES HARTLEY,<br><br>　　　　　Defendant. | 1:12cv02007 AWI DLB PC<br><br>ORDER REFERRING ACTION FOR SETTLEMENT CONFERENCE<br><br>ORDER EXTENDING DISPOSITIVE MOTION DEADLINE |

  Plaintiff Stanley Calhoun ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This case will be referred to Magistrate Judge Victor E. Bianchini to conduct a settlement conference pursuant to the Prisoner Settlement Program.  The proceedings shall take place within 90 days of the date this order is filed.  Magistrate Judge Bianchini shall coordinate a time and date for a settlement proceeding with the plaintiff, the Office of the California Attorney General and the California Department of Corrections and Rehabilitation and/or their representatives and, within ten (10) days after the conclusion of the settlement proceedings, file with the court a report.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. This case is referred to Magistrate Judge Victor E. Bianchini to conduct a settlement conference to take place within 90 days of the date this order is filed; and
2. The dispositive motion deadline is hereby reset to 45 days after the settlement conference.

IT IS SO ORDERED.

Dated:   **August 21, 2014**              /s/ *Dennis L. Beck*
                                   UNITED STATES MAGISTRATE JUDGE