## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

STANLEY CALHOUN,

        Plaintiff,                  1:12cv02007 AWI DLB PC

vs.

JAMES HARTLEY,

        Defendant.              **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Stanley Calhoun, CDCR # B-78165, a necessary and material witness in a settlement conference in this case on October 28, 2014, is confined in California Institution for Men (CIM), 14901 Central Avenue, Chino, California 91710, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Victor E. Bianchini at the U. S. District Court, 312 North Spring Street, Los Angeles, California 90012, Courtroom #24, on Tuesday, October 28, 2014 at 8:45 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, CIM, P.O. Box 128, Chino, California, 91708:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Bianchini at the time and place above, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: **September 29, 2014**                /s/ *Dennis L. Beck*
                                                              UNITED STATES MAGISTRATE JUDGE