IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STANLEY CALHOUN,**<br><br>                    Plaintiff,<br><br>     v.<br><br>**J. HARTLEY,**<br><br>                    Defendant. | Case No. 1:12-cv-02007 AWI DLB<br><br>**ORDER OF DISMISSAL** |

   In accordance with Federal Rule of Civil Procedure 41(a)(1), and pursuant to the stipulation of the parties, this action is dismissed with prejudice.  Each party is to bear his or her own costs, fees, and expenses of any type, including attorney's fees.  There is no prevailing party in this action.

   The mediator shall retain jurisdiction for purposes of enforcement of the terms of the settlement agreement between the parties.

IT IS SO ORDERED.

Dated:   October 29, 2014            _____
                                     SENIOR  DISTRICT  JUDGE